## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Tangie Gray-Purvis

Debtor(s)

Case No.: 10-25586
Chapter: 7

Judge Pamela S. Hollis

---

### NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE FILED ON 11/09/2015 AS DOC (CLAIM #5)

---

TO:  David R. Herzog, Chapter 13 Trustee, 77 W. Washington, Suite 1717, Chicago, IL 60602 by electronic notice through ECF
Tangie Gray-Purvis, Debtor(s), 9331 S Normal Ave, Chicago, IL 60620
Jason Blust, Attorney for Debtor(s), 211 W. Wacker Drive Ste. 200, Chicago, IL 60606 by electronic notice through ECF

   Now comes the Movant, OCWEN LOAN SERVICING, LLC, by its attorneys, Codilis & Associates, P.C., and hereby withdraws its Response to Notice of Final Cure filed on 11/09/2015 on behalf of OCWEN LOAN SERVICING, LLC, as it was filed in error.

### PROOF OF SERVICE

   The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Withdrawal upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on  November 11, 2015 and as to the debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  November 11, 2015.

  /s/ Joel P. Fonferko
   Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-15-17532)**
NOTE: This law firm is a debt collector.